1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN – State Bar No. 154279
2  WILLIAM REILLY – State Bar No. 177550
3  1051 Divisadero Street
   San Francisco, California 94115
4  Telephone: (415) 561-8440
   Facsimile: (415) 561-8430
5

6  Attorneys for Defendant
   INGERSOLL-RAND COMPANY
7  HEALTH AND WELFARE
   BENEFIT PLAN
8
   **FRICKER & CREECH & ASSOCIATES**
9  Timothy J. Fricker – State Bar No. 183309
   Karen Creech – State Bar No. 168023
10 Tribune Tower
11 409-13th Street, 17th Floor
   Oakland, California 94612
12 Telephone: (510) 663-8484
   Facsimile: (510) 663-0639
13
14 Attorneys for Plaintiff
   ADEL A. JABER
15

16                     UNITED STATES DISTRICT COURT
17                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
18                          (SAN FRANCISCO DIVISION)

19 ADEL A. JABER,                      ) CASE NO. CV 10-3830 SBA
                                       )
20          Plaintiff,                 ) **STIPULATION TO CONTINUE**
21                                     ) **MEDIATION DEADLINE**
                                       )
22     vs.                             )
                                       )
23 INGERSOLL-RAND COMPANY'S LONG       )
   TERM DISABILITY PLAN,               )
24                                     )
            Defendants.                )
25 _____

26
27
                                    -1-
28 STIPULATION TO CONTINUE MEDIATION DEADLINE
                          Case No. CV 10-3830 SBA

1   **IT IS HEREBY STIPULATED** by and between the parties hereto, through their
2   respective attorneys of record herein, that the deadline to complete mediation be continued from
3   July 12, 2011 and August 19, 2011.  The parties have agreed to mediation on August 12, 2011
4   before mediator Eric Tate as a means potentially to resolve the action as to all claims and as to
5   all parties.  The date of August 12, 2011 is the first date for mediation for which the parties,
6   clients and mediator are available.
7       The parties respectfully request that the Court grant this extension of the mediation
8   deadline so that mediation may proceed on a date convenient for all.
9       Pursuant to local rules, this document is being electronically filed through the Court's
10  ECF System.  In this regard, counsel for defendant hereby attests that (1) the content of this
11  document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has
12  concurred with the filing of this document; and (3) a record supporting this concurrence is
13  available for inspection or production if so ordered.
14  SO STIPULATED.
15      FRICKER & CREECH & ASSOCIATES
16
17  DATED:  June 14, 2011          By:     */S/* **TIMOTHY J. FRICKER**
                                            TIMOTHY J. FRICKER
18                                          Attorneys for Plaintiff ADEL A. JABER
19
20                                          RIMAC MARTIN, PC
21
22  DATED:  June 14, 2011          By:     */S/* **ANNA M. MARTIN**
                                            ANNA M. MARTIN
23                                          Attorneys for Defendant
                                            INGERSOLL-RAND COMPANY
24                                          HEALTH AND WELFARE BENEFIT
                                            PLAN
25
26
27
28

-2-
STIPULATION TO CONTINUE MEDIATION DEADLINE
Case No. CV 10-3830 SBA

1 IT IS SO ORDERED:

2

3 DATED: 6/13/11

*[signature: Saundra B. Armstrong]*

4 The Honorable Saundra B. Armstrong
United States District Court
5 Northern District Court of California